FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                           )<br>            Plaintiff,     )<br>                           )<br>       vs.                 )<br>                           )<br> Counts, Keith             )<br>                           )<br>            Defendant.     ) | Case No.: SACR 06-177 AHS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___conduct in failing to report, which amtd to absconding from past narcotics supervision; substance abuse history, lack of amenability to supervision according to P.O.;___

1   ~~[struck through]~~ alleged conduct in resisting
2   arrest; FTA history
3   and/or
4   B.  (X) The defendant has not met his/her burden of establishing by clear and
5   convincing evidence that he/she is not likely to pose a danger to the safety of any
6   other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7   finding is based on   criminal history record, incl
8   multiple convs for narcotics offenses,
9   wpns offenses, and a crimes of violence,
10  possession of wpns at time of
11  arrest; apparent ongoing substance abuse problem

13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED:  1/8/10

        _____
        ROBERT N. BLOCK
        UNITED STATES MAGISTRATE JUDGE